MARBLE *v.* MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE
RAILWAY CO.

RAILROAD COMPANIES—TITLE TO RIGHT OF WAY.
   Case ruled by *Minneapolis, etc., R. Co.* v. *Marble*, 112 Mich. 4.

Error to Delta; Stone, J.   Submitted April 16, 1897.
Decided May 28, 1897.

Ejectment by Webster L. Marble and others against
the Minneapolis, St. Paul & Sault Ste. Marie Railway
Company.   From a judgment for plaintiffs on verdict
directed by the court, defendant brings error.   Affirmed.

*E. C. Chapin*, for appellant.

*Ball & Ball*, for appellees.

PER CURIAM.   The question raised by this record be-
came unimportant, as the merits of the case were heard
and determined in the case of *Minneapolis, etc., R.
Co.* v. *Marble*, 112 Mich. 4.

The judgment is affirmed.